UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL SKAFF, an individual, solely in his capacity as Stockholders' Representative

        Plaintiff,

- against -

PROGRESS INTERNATIONAL, LLC,

        Defendant.

---

Case No. 12-cv-9045 (JSR)

## NOTICE OF APPEARANCE

Jennifer L. Cummins, of the law firm of Hunton & Williams LLP, hereby gives notice of her appearance on behalf of Defendant Progress International, LLC, and requests that copies of all motions, notices, and other pleadings filed in this cause be furnished to the undersigned.

Dated: New York, New York
March 11, 2013

HUNTON & WILLIAMS LLP

By: /s/ Jennifer L. Cummins
Shawn Patrick Regan
Jennifer L. Cummins
200 Park Avenue
New York, New York 10166
Tel: (212) 309-1000
Fax: (212) 309-1100
sregan@hunton.com
jcummins@hunton.com

Counsel for Defendant Progress International, LLC

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 11, 2013, I served a copy of foregoing, on all counsel of record at the address listed below, by filing same with the Court's CM/ECF system.

                                                */s/* Jennifer L. Cummins
                                                Jennifer L. Cummins

TO:    John Andrew Morris, Esq.
         PACHULSKI STANG ZIEHL & JONES LLP
         780 Third Avenue, 36th Floor
         New York, NY 10017
         (212) 561-7700
         (212) 561-7777 (fax)
         jmorris@pszjlaw.com

         *Attorneys for Plaintiff*